# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Luis Salazar Parrales

Petitioner,

v.

David Easterwood, Kristi Noem, Todd Lyons and Pam Bondi

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00617-SHL-JFD**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court DENIES Salazar Parrales's Petition for Writ of Habeas Corpus and Motion for a Preliminary Injunction. (ECF 1; ECF 2.) As explained above, the Court reaches this conclusion in reliance on Respondents' representations that they are treating Petitioner as being governed by 8 U.S.C. § 1226(a) and intend to give him an individualized bond hearing. If these representations turn out to be untrue, the Court will reconsider its habeas ruling and award other appropriate relief. The Clerk of Court is directed to enter judgment accordingly and close the case.

Date: 2/3/2026

KATE M. FOGARTY, CLERK